**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1832

EMMA JOHNSTON,

Plaintiff - Appellant,

v.

ENVISION PHYSICIAN SERVICES, HR,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:21-cv-01064-AJT-IDD)

Submitted:  January 17, 2023                    Decided:  January 19, 2023

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Emma Johnston, Appellant Pro Se.  Amy M. Pocklington, William Ryan Waddell, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emma Johnston appeals from the district court's order granting summary judgment in favor of her former employer in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnston v. Envision Physician Servs., HR*, No. 1:21-cv-01064-AJT-IDD (E.D. Va. Aug. 2, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*